AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 07-CV-16

Thomas Patrick Kennedy

v.

Federal C.I.A. Employees

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the complaint is dismissed with prejudice and leave to appeal to the Court of Appeals as a poor person is denied.

Date: April 25, 2007                                  RODNEY C. EARLY, CLERK


                                                      By:   s/Deborah M. Zeeb
                                                            Deputy Clerk